Erica A. Maharg (Bar No. 279396)
Email: eam@atalawgroup.com
AQUA TERRA AERIS LAW GROUP
4030 Martin Luther King Jr. Way
Oakland, CA 94609
Telephone: (510) 473-8793

Barak Kamelgard (Bar No. 298822)
Email: barak@lawaterkeeper.org
Benjamin Harris (Bar No. 313193)
Email: ben@lawaterkeeper.org
LOS ANGELES WATERKEEPER
360 E. 2nd Street, Suite 250
Los Angeles, CA 90012
Phone: (310) 394-6162

Attorneys for Plaintiff
LOS ANGELES WATERKEEPER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ANGELES WATERKEEPER, a California non-profit association,<br><br>Plaintiff,<br><br>v.<br><br>STABOND CORPORATION, a California corporation,<br><br>Defendant. | Case No.: 2:23-cv-08431-FMO-BFM<br><br>**NOTICE OF LODGING OF [PROPOSED] CONSENT DECREE; REQUEST FOR ENTRY OF [PROPOSED] CONSENT DECREE** |

WHEREAS, on February 26, 2024, LOS ANGELES WATERKEEPER ("Plaintiff") and Defendant STABOND CORP. ("Defendant") (collectively, "the Parties") filed a Notice of Tentative Settlement informing the Court that the Parties were in the process of finalizing a proposed Consent Decree and had reached agreement on the substantive terms thereof and further informing the court that, once finalized, the Proposed Consent Decree would be submitted to the United States Department of Justice ("DOJ") and the United States Environmental Protection Agency ("EPA") for a 45-day review period as required under section 135.5 of Title 40 of the Code of Federal Regulations (ECF No. 12);

WHEREAS, on February 28, 2024, the Parties executed a final [Proposed] Consent Decree and sent the executed agreement to DOJ and EPA for the 45-day review period;

WHEREAS, on April 5, 2024, the United States Department of Justice notified Plaintiff via electronic mail that the United States does not object to the Court's entry of the Consent Decree into judgment (see **Exhibit 1**);

WHEREAS, as DOJ has indicated they have no objection to entry, the Court may now enter the [Proposed] Consent Decree, which includes a request that the Court retain jurisdiction to enforce the terms of the [Proposed] Consent Decree if necessary.

THEREFORE, in accordance with Paragraph 10 of the [Proposed] Consent Decree, Plaintiff hereby requests the Court sign the [Proposed] Consent Decree, a true and correct copy of which is attached hereto as **Exhibit 2**, and enter the Consent Decree as judgment.

AQUA TERRA AERIS LAW GROUP

Dated: April 12, 2024   By:   */s/ Erica Maharg*
Erica Maharg
Attorney for Plaintiff